**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DOUGLAS RILEY, <br><br> Plaintiff, <br><br> vs. <br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 1:20-cv-01283-GSA <br><br> **ORDER GRANTING JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

**ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED, based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **November 16, 2021**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE